In the Matter of FRANCIS J. NEKARDA, an Attorney, Appellant. THE BAR ASSOCIATION OF THE CITY OF NEW YORK, Respondent.

*Matter of Nekarda*, 114 App. Div. 370, affirmed.
(Argued April 3, 1907; decided April 23, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1906, which confirmed the report of a referee and disbarred the appellant herein from practice of the profession of attorney and counselor at law of the state of New York.

*Edwin T. Taliaferro* and *Paul Jones* for appellant.

*Tompkins McIlvaine* for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.